UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALTER J. JACKSON,
        Plaintiff,

v.                 **ORDER**

ALVARO FARIAS, Detective, Shield #103;  19 CV 10870 (VB)
and CITY OF PEEKSKILL,
        Defendants.
--------------------------------------------------------------x

  By Order dated July 23, 2020, the Court granted plaintiff, proceeding pro se and in forma pauperis, leave to file a second amended complaint in this action. (Doc. #22).

  By letter dated July 29, 2020, plaintiff asks to withdraw his request to file a second amended complaint. (Doc. #23).

  Plaintiff's request is GRANTED. Plaintiff's amended complaint remains the operative pleading in this action. (See Doc. #7).

  Accordingly, it is HEREBY ORDERED:

1. Defendants' reply, if any, in further support of their motion to dismiss (Doc. #16) shall be due August 13, 2020.

2. The Court will consider the motion in due course.

  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

  Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 6, 2020
   White Plains, NY

               SO ORDERED:

               _____
               Vincent L. Briccetti
               United States District Judge