**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

WALTER J. JACKSON,

                    Plaintiff,

      -against-                             19 **CIVIL** 10870 (VB)

                                             **JUDGMENT**

ALVARO FARIAS and CITY OF PEEKSKILL,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 8, 2021, the motion to dismiss is

GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order

would not be taken in good faith, and therefore in forma pauperis is denied for the purposes of any

appeal; accordingly, this case is closed.

**Dated:** New York, New York
          March 8, 2021

                                    **RUBY J. KRAJICK**

                                  _____
                                       **Clerk of Court**
             **BY:**
                                       **Deputy Clerk**